1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   KATHERINE B. DOWLING (CABN 220767)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California  94102
7       Telephone:    (415) 436-6833
        Facsimile:    (415) 436-7234
        Katherine.Dowling@usdoj.gov

8

9   Attorneys for Plaintiff

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,        )   CR No. 08-70879 EMC
                                     )
16          Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
                                     )   WAIVING TIME UNDER FED. R. CRIM. P.
17  v.                               )   5.1 and EXCLUDING TIME UNDER 18
                                     )   U.S.C. § 3161
18  MARIO JUAREZ,                    )
                                     )
19          Defendant.               )
                                     )
20  _____ )

21

22

23          This is the second request to extend the time for the preliminary hearing under Federal Rule

    of Criminal Procedure 5.1,  to extend the 30-day time period for indictment and exclude time
24
    under the Speedy Trial Act.  On January 7, 2009, at the detention hearing in this matter, the
25
    parties initially requested an extension until January 30, 2009.
26
            The parties now request a further extension until February 27, 2009.  With the agreement of
27
    the parties the Court enters this order setting a new preliminary hearing date of February 27, 2009
28

at 9:30 a.m. before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, extending the 30-day time period for indictment and excluding time under the Speedy Trial Act from January 30, 2009 to February 27, 2009. The parties agree, and the Court finds and holds, as follows:

1.   The production and review of discovery is currently ongoing. Only after evaluating the evidence will counsel be in a position to evaluate any disposition.  Counsel believes it is in her client's best interest to negotiate the case pre-indictment, and she cannot do that without evaluating the evidence.

2.   Taking into account the public interest in the prompt disposition of criminal cases, the parties agree, and the Court holds, that these grounds are good cause for further extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for indictment.

3.   Failure to grant an exclusion of time for the requested continuance would deny counsel for defendant the reasonable time necessary for effective preparation of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  Therefore, the Court finds that a further exclusion of time from January 30, 2009 to February 27, 2009, is warranted because the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

//

//

//

//

//

//

//

//

//

//

4.   Accordingly, and with the consent of the defendant, the Court (1) vacates the January 30, 2009 preliminary hearing date and sets a preliminary hearing date before the duty magistrate judge on February 27, 2009 at 9:30 a.m., and (2) orders that the period from January 30, 2009 to February 27, 2009, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: January 29, 2009                          /s/
                                                RITA BOSWORTH
                                                Attorney for Mario Juarez

DATED: January 29, 2009                          /s/
                                                KATHERINE DOWLING
                                                Assistant United States Attorney

IT IS SO ORDERED.

DATED:____1/29/09_____

ELIZABETH D. LAPORTE

IT IS SO ORDERED

Judge Elizabeth D. Laporte