1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  KATHERINE B. DOWLING (CABN 220767)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone:   (415) 436-6833
7     Facsimile:   (415) 436-7234
      Katherine.Dowling@usdoj.gov
8
9  Attorneys for Plaintiff

10

FILED
MAR 3 1 2009
RICHARD W. ...
CLERK U.S. DIST...
NORTHERN DISTRICT O...

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )  CR No. 08-70879 EMC
                                        )
16         Plaintiff,                   )  STIPULATION AND [PROPOSED] ORDER
                                        )  WAIVING TIME UNDER FED. R. CRIM. P.
17      v.                              )  5.1 and EXCLUDING TIME UNDER 18
                                        )  U.S.C. § 3161
18  MARIO JUAREZ,                       )
                                        )
19         Defendant.                   )
                                        )
20  _____ )

21

22
        This is the fourth request to extend the time for the preliminary hearing under Federal Rule
23
   of Criminal Procedure 5.1, to extend the 30-day time period for indictment and exclude time
24
   under the Speedy Trial Act.
25
        The parties request a further extension until May 15, 2009. With the agreement of the parties
26
   the Court enters this order setting a new preliminary hearing date of May 15, 2009 at 9:30 a.m.
27
   before the duty magistrate judge, extending the time for the preliminary hearing under Federal
28

STIP. & [PROPOSED] ORDER
CR 08-70879 EMC                                                                                  1

1 | Rule of Criminal Procedure 5.1, extending the 30-day time period for indictment and excluding
2 | time under the Speedy Trial Act from March 31, 2009 to May 15, 2009. The parties agree, and
3 | the Court finds and holds, as follows:

4 |     1. The production and review of discovery is currently ongoing. Only after evaluating the
5 | evidence will counsel be in a position to evaluate any disposition. Counsel believes it is in her
6 | client's best interest to negotiate the case pre-indictment, and she cannot do that without
7 | evaluating the evidence.

8 |     2. Taking into account the public interest in the prompt disposition of criminal cases, the
9 | parties agree, and the Court holds, that these grounds are good cause for further extending the
10 | time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and
11 | extending the 30-day time period for indictment.

12 |     3. Failure to grant an exclusion of time for the requested continuance would deny counsel
13 | for defendant the reasonable time necessary for effective preparation of counsel. 18 U.S.C. §
14 | 3161(h)(8)(B)(iv). Therefore, the Court finds that a further exclusion of time from March 31,
15 | 2009 to May 15, 2009, is warranted because the ends of justice served by the exclusion of time
16 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §
17 | 3161(h)(8)(A).

18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 |

STIP. & [PROPOSED] ORDER
CR 08-70879 EMC

2

| | |
|---|---|
| 1 | 4. Accordingly, and with the consent of the defendant, the Court (1) vacates the March 31, |
| 2 | 2009 preliminary hearing date and sets a preliminary hearing date before the duty magistrate |
| 3 | judge on May 15, 2009 at 9:30 a.m., and (2) orders that the period from March 31, 2009 to May |
| 4 | 15, 2009, be excluded from the time period for preliminary hearings under Federal Rule of |
| 5 | Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) |
| 6 | & (B)(iv). |

STIPULATED:

DATED: March 30, 2009            /s/
                                 RITA BOSWORTH
                                 Attorney for Mario Juarez

DATED: March 30, 2009            /s/
                                 KATHERINE DOWLING
                                 Assistant United States Attorney

IT IS SO ORDERED.
DATED: 3/30/09

HON. EDWARD M. CHEN
United States Magistrate Judge

STIP. & [PROPOSED] ORDER
CR 08-70879 EMC

3